PROB 12C
(7/93)

UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

**FILED**
January 05, 2026
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brian Mahan    Case Number: 5:22-CR-00121-OLG(1)

Name of Sentencing Judicial Officer: Honorable Orlando L. Garcia, United States District Judge

Date of Original Sentence: April 6, 2023

Original Offense: Felon in Possession of Ammunition/Firearms, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2)

Original Sentence: Time Served (490 Days), followed by Thirty-six (36) months supervised release

Type of Supervision: Supervised Release    Date Supervision Commenced: September 13, 2025

Assistant U.S. Attorney: Margaret Feuille Leachman    Defense Attorney: Alfredo R. Villarreal

### PREVIOUS COURT ACTION

**Modification:** On July 12, 2023, a 12B - Request for Modifying the Conditions or Term of Supervision with Consent of the Offender, Probation Form 12B, was submitted to the Court to include conditions for the offender to complete inpatient substance abuse treatment program. The Court approved the request for modification on July 12, 2023.

On December 5, 2024, a Petition for Warrant or Summons for Offender Under Supervision, Probation Form 12C, was submitted to the Court advising that the defendant committed new criminal offense, Burglary of Building, a state jail felony. The defendant also violated conditions of his supervised release by submitting urine specimen that tested positive for methamphetamine. (This violation was previously reported to Court on a 12B – Request for Modifying the Conditions of Term of Supervision with Consent of the Offender, on July 11, 2023). A federal warrant was issued on December 11, 2024.

On February 27, 2025, an Amended Petition for Warrant or Summons for Offender Under Supervision, Probation Form 12C, was submitted to the Court advising that the defendant committed new criminal offenses to include, Fail to Identify Fugitive Intent to Give False Information, a Class B misdemeanor, Evading Arrest Detention with Previous Conviction, a state jail felony, and Possession of a Controlled Substance PG 1<1 Gram, a state jail felony. The Court concurred and a warrant was issued on February 28, 2025.

On April 4, 2025, the defendant's supervised release was revoked. The defendant was ordered to serve 10 months in custody, followed by 18 months of supervised release with all conditions previously imposed.

On November 18, 2025, a Report on Offender Under Supervision, Probation Form 12A, was filed advising the Court that the defendant submitted a positive urinalysis for amphetamines on September 15, 2025. It was respectfully recommended that no action be taken as the defendant was attending inpatient substance abuse treatment. The Court concurred.

Brian Mahan
5:22-CR-00121-OLG-(1)
Petition for Warrant or Summons
Page 2

## PETITIONING THE COURT

☒ The issuance of a warrant
☐ The issuance of a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Mandatory Condition No. 2: The defendant shall not unlawfully possess a controlled substance.** |
| 2. | **Mandatory Condition No 3: The defendant shall refrain from any use of a controlled substance. The defendant shall submit to one drug test within 15 days of release on probation or supervised release and at least two periodic tests thereafter (as determined by the court) for use of a controlled substance, but the condition stated in this paragraph may be ameliorated or suspended by the court if the defendant's presentence report or other reliable sentencing information indicates low risk of future substance abuse by the defendant.** |
| 3. | **Special Condition: The defendant shall participate in an inpatient substance abuse treatment program and follow the rules and regulations of that program. The program may include testing and examination during and after program completion to determine if the defendant has reverted to the use of drugs. The probation officer shall supervise the participation in the program (provider, location, modality, duration, intensity, etc.). During treatment, the defendant shall abstain from the use of alcohol and any and all intoxicants. The defendant shall pay the costs of such treatment if financially able.** |

On September 15, 2025, Mahan submitted a positive urinalysis for amphetamines. The defendant admitted verbally and in writing to the use of amphetamines. On the same date, the defendant entered an inpatient substance abuse treatment to address his substance abuse needs. On December 11, 2025, the defendant was unsuccessfully discharged from Oak Ridge Disciple House due to bringing contraband onto the property.

**U.S. Probation Officer Recommendation:** Mr. Mahan has been on supervised release for (3) months, and this will be his second revocation hearing due to his prior revocation. The defendant was afforded the opportunity to address his triggers in treatment; however, has failed to take advantage of the opportunity given to him. It is apparent that Mahan has no regard for the instructions set by the Court. Therefore, it is respectfully recommended that a warrant be issued for the offender's arrest, and his term of supervised release be revoked.

The term of supervision should be

☒ revoked. (Maximum penalty: __2__ years imprisonment; __3__ years supervised release; and payment of any unsatisfied monetary sanction previously imposed)

☐ extended for ___ years for a total term of ___ years

☐ The conditions of supervision should be modified as follows:

| Approved: | Respectfully Submitted, |
|---|---|
| _____ | _____ |
| Bartosz Szatkowski | Angeles Blanco |
| Supervising U.S. Probation Officer | U.S. Probation Officer, |
| | Date: December 22, 2025 |
| | Telephone #: 512-983-7694 |

cc: Margaret Feuille Leachman
Assistant U.S. Attorney

Russ Wiedenmeyer
Assistant Deputy Chief U.S. Probation Officer

---

THE COURT ORDERS:

☐ No action.
 ✓ The issuance of a WARRANT.
☐ The issuance of a SUMMONS.
☐ Other
☐ _____

_____

_____
Honorable Orlando L. Garcia
U.S. District Judge

          January 5, 2026
                Date

OAO 442     (Rev. 08/07) Warrant for Arrest

# UNITED STATES DISTRICT COURT

WESTERN                District of                TEXAS

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

V.

Case Number: 5:22-CR-00121-OLG(1)

Brian Mahan

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     Brian Mahan
                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment     ☐ Information     ☐ Complaint     ☐ Order of court

☐ Pretrial Release   ☐ Probation        ☒ Supervised Release   ☐ Violation Notice
   Violation Petition    Violation Petition    Violation

charging him or her with (brief description of offense)



☐ in violation of Title     18     United States Code, Section(s)     3606

☐ in violation of the conditions of his or her pretrial release imposed by the court.

☒ in violation of the conditions of his or her supervision imposed by the court.

_____           _____
Name of Issuing Officer                Signature of Issuing Officer

_____           _____
Title of Issuing Officer               Date and Location

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named individual at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |